# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

JEANI ANDERSON,

    Plaintiff,

v.                                                             No. 18-cv-0642 RB/SMV

DEAN HORTON and
FRANCES HORTON,

    Defendants.

## ORDER FOR STATUS REPORT

THIS MATTER is before the Court sua sponte. On October 7, 2019, the Court entered an order staying this matter pending resolution of the Defendants' bankruptcy case (Bankruptcy Case No. 19-11162) pursuant to 11 U.S.C. § 362(a). [Doc. 42]. Counsel shall file a status report addressing the status of that bankruptcy case, as well as any other related bankruptcy cases or adversary proceedings, no later than **January 14, 2022.**

    **IT IS SO ORDERED.**

                                                                             _____
                                                                             **STEPHAN M. VIDMAR**
                                                                             **United States Magistrate Judge**