IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JEANI ANDERSON,

    Plaintiff,

v.                                           No. 18-cv-0642 RB/SMV

DEAN HORTON and
FRANCES HORTON,

    Defendants.

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court sua sponte. On October 7, 2019, the Court stayed this matter pending resolution of Defendants' bankruptcy case. [Doc. 42] (citing 11 U.S.C. § 362(a)). On December 13, 2021, the Court ordered the parties to file a status report addressing the status of that bankruptcy case, as well as any other relevant bankruptcy cases or adversary proceedings. [Doc. 50]. The deadline for the status report passed on January 14, 2022, but no party responded in any way.[1] Because Plaintiff has not responded, it appears that she has abandoned her claims against Defendants. Further, the bankruptcy court issued its final decree and closed Defendants' bankruptcy case on December 27, 2021. [Doc. 224] in Bankruptcy Case No. 19-11162-t7.

---

[1] Plaintiff's counsel was served at the email addressed associated with his CM/ECF account: jdw@jdw-law.com. The Clerk's office attempted to serve each of the pro se Defendants by mail at P.O. Box 1270 in Hatch, New Mexico 87937, but both were returned by the Postal Service.

Accordingly, Plaintiff must show cause **no later than March 9, 2022**, why the stay should not be lifted and why her claims against Defendants should not be dismissed. *See, e.g.*, D.N.M.LR-Civ. 41.1.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**